**Shuchun BEASLEY, Appellant,**

v.

**William W. BEASLEY, Respondent.**

No. WD 64308.

Missouri Court of Appeals,
Western District.

Aug. 16, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 2005.

Application for Transfer Denied
Nov. 22, 2005.

Geoffrey W. Preckshot, Columbia, MO, for Appellant.

Charles J. Dykhouse, Columbia, MO, for Respondent.

Before HOWARD, P.J., SMART and NEWTON, JJ.

**ORDER**

PER CURIAM.

Ms. Shuchun Beasley appeals the circuit court's judgment involving the characterization and division of marital and non-marital property and the denial of her claim for invasion of privacy in the dissolution of marriage action. For the reasons stated in the memorandum to the parties, we affirm. Rule 84.16(b)